UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL JACKSON, | : | |
| Plaintiffs, | : | Hon. Joseph H. Rodriguez |
| v. | : | |
| | | Civil Action No. 13-1605 |
| TRUMP ENTERTAINMENT RESORTS, INC.; TRUMP ENTERTAINMENT RESORTS HOLDINGS, LP; TRUMP MARINA ASSOCIATES, LP; LANDRY'S RESTAURANTS, INC.; LANDRY'S GAMING, INC.; and LANDRY'S A/C GAMING, INC. | : : : : : | |
| Defendants. | : | |

## JURY VERDICT FORM

Your verdict must represent the considered judgment of each juror. In order for you as a jury to return a verdict, each juror must agree to the verdict. Your verdict does not need to be unanimous, but the majority must agree by a vote of 7-1.

**WE, THE JURY, FIND AS FOLLOWS:**

**A. Disability Discrimination Claim**

1. Do you find that Mr. Jackson has proved that it is more likely than not that his disability was a determinative factor in Golden Nugget's decision not to hire him in May, 2011?

YES __X__ NO_____

VOTE 8-0
unanimous

If your answer is "NO," please check the box next to "Verdict in favor of Golden Nugget."

If you answered "YES," please check the box next to "Verdict in favor of Plaintiff."

__X__   Verdict in favor of Plaintiff Michael Jackson (Disability Discrimination)

_____   Verdict in favor of Defendant Golden Nugget (Disability Discrimination)

**Please proceed to Section B.**

**B.   Retaliation Claim**

1. Do you find that Mr. Jackson has proved that it is more likely than not that he complained to management level Golden Nugget employees about Trump Marina's denial of his accommodation request?

YES __X__ NO _____

VOTE __8-0__
Unanimus

2. Do you find that Mr. Jackson has proved that it is more likely than not that Mr. Jackson's accommodation request or his alleged complaint about Trump Marina's denial of his accommodation request had a determinative effect on Golden Nugget's decision not to hire him?

YES __X__ NO _____

VOTE __8-1__
7

If your answer is "NO," please check the box next to "Verdict in favor of Golden Nugget."

If you answered "YES," please check the box next to "Verdict in favor of Plaintiff" and proceed to Section "C." Damages.

__X__  Verdict in favor of Plaintiff Michael Jackson (Retaliation)

_____  Verdict in favor of Defendant Golden Nugget (Retaliation)

If your verdict is for Golden Nugget in Sections "A" <u>and</u> "B", your deliberations are complete; please sign and date the Verdict Form. Otherwise, proceed to Section "C" Damages.

**C. Damages**

1. Has Mr. Jackson proved by a preponderance of the evidence that he has suffered compensatory damages? If "**yes,**" how much do you award Mr. Jackson?

   Yes _X_  No ____    Vote: _8-0_

   Amount: $ _340,000_

   If your answer is "yes" but you do not award money damages, Mr. Jackson is entitled to nominal damages of $1.00.

**Your deliberations are complete; please sign and date this Verdict Form.**

SO SAY WE ALL this __13th__ day of December, 2016.

_____ Foreperson