UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL JACKSON, | : | |
| Plaintiffs, | : | Hon. Joseph H. Rodriguez |
| v. | : | |
| | | Civil Action No. 13-1605 |
| TRUMP ENTERTAINMENT RESORTS, INC.; TRUMP ENTERTAINMENT RESORTS HOLDINGS, LP; TRUMP MARINA ASSOCIATES, LP; LANDRY'S RESTAURANTS, INC.; LANDRY'S GAMING, INC.; and LANDRY'S A/C GAMING, INC. | : : : : : | |
| Defendants. | : | |

## JURY VERDICT FORM

Your verdict must represent the considered judgment of each juror. In order for you as a jury to return a verdict, each juror must agree to the verdict. Your verdict does not need to be unanimous, but the majority must agree by a vote of 7-1.

### WE, THE JURY, FIND AS FOLLOWS:

### A.  Punitive Damages

1. Do you find that Mr. Jackson has proved, by clear and convincing evidence, that the injury, loss, or harm suffered by Mr. Jackson was the result of Golden Nugget's acts or omissions?

    YES____  NO__X__                                    VOTE __7-1__

**If your answer is "NO," please sign and date the Verdict Form and return to the Courtroom.**

**If you answered "YES," please proceed to the next question.**

2. Do you find that Mr. Jackson has proved, by clear and convincing evidence, that either (1) Golden Nugget's conduct was malicious or (2) Golden Nugget acted in wanton and willful disregard of Mr. Jackson's rights?

YES_____NO_____

VOTE _____

**Your deliberations are complete; please sign and date this Verdict Form.**

SO SAY WE ALL this __13th__ day of December, 2016.

_____ Foreperson