# UNITED STATED DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

01/10/2016
**DATE OF PROCEEDINGS**

**JUDGE JOSEPH H. RODRIGUEZ**

**COURT REPORTER:** Karen Friedlander

**Docket #** CIVIL 13-1605 (JHR-JS)

**TITLE OF CASE:**
MICHAEL JACKSON
    v
TRUMP ENTERTAINMENT RESORTS HOLDINGS, LP, et al.

**APPEARANCE:**
Laura C. Mattiacci, Esquire for Plaintiff
Eileen O. Muskett, Esquire for Defendant
Adam Busler, Esquire for Defendant

**NATURE OF PROCEEDINGS:**   TELEPHONE CONFERENCE

Time commenced: 10:00 am.    Time Adjourned: 10:15 am

Total time: <u>15 minutes</u>

            s/*David Bruey*
            DEPUTY CLERK