UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL JACKSON, | : | |
| Plaintiffs, | : | Hon. Joseph H. Rodriguez |
| v. | : | |
| | | Civil Action No. 13-1605 |
| TRUMP ENTERTAINMENT RESORTS, INC.; TRUMP ENTERTAINMENT RESORTS HOLDINGS, LP; TRUMP MARINA ASSOCIATES, LP; LANDRY'S RESTAURANTS, INC.; LANDRY'S GAMING, INC.; and LANDRY'S A/C GAMING, INC. | : | ORDER |
| Defendants. | : | |

This matter having come before the Court by way of a telephone status conference, held on January 10, 2017, during which the parties agreed on a briefing schedule for several issues requiring resolution before a Judgment can be entered; and

The Court finding that Defendants shall file its briefs by January 30, 2017 and Plaintiff shall file any answer thereto by February 27, 2017.

IT IS SO ORDERED this 10th day of January, 2017.

s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE