

Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401-7212
Tel 609.348.4515  Fax 609.348.6834
www.foxrothschild.com

EILEEN OAKES MUSKETT
Direct Dial: 609-572-2355
Email Address: EMuskett@Foxrothschild.com

January 27, 2017

Honorable Joseph Rodriguez
United States District Court
1 John F. Gerry Plaza, Room 2060
4th and Cooper Streets
Camden, New Jersey 08101

**Re:   Michael Jackson v. Trump Entertainment Resorts, Inc. et al.
        Docket No. 1:13-1605**

Dear Judge Rodriguez:

I am writing to advise the court that this matter has been resolved by the parties. Thank you for your consideration.

Respectfully submitted,

/s/ Eileen Oakes Muskett
Eileen Oakes Muskett