

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401-7212
Tel 609.348.4515  Fax 609.348.6834
www.foxrothschild.com

EILEEN OAKES MUSKETT
Direct Dial: 609-572-2355
Email Address: EMuskett@Foxrothschild.com

March 24, 2017

Honorable Joseph Rodriguez
United States District Court
1 John F. Gerry Plaza, Room 2060
4th and Cooper Streets
Camden, New Jersey 08101

    **Re:**    **Michael Jackson v. Trump Entertainment Resorts, Inc. et al.**
              **Docket No. 1:13-1605**

Dear Judge Rodriguez:

Pursuant to the Court's order on January 27, 2017, the parties had 60 days to consummate the settlement. The parties have finalized all terms and conditions of the settlement. However, the parties would appreciate an additional ten days to finalize the exchange of the settlement proceeds.

Thank you for your consideration.

Respectfully submitted,

*Eileen Oakes Muskett*

Eileen Oakes Muskett