IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL JACKSON | : |
|     Plaintiff, | : CIVIL ACTION NO. 13-1605 |
| v. | : |
| | : JURY TRIAL DEMANDED |
| TRUMP ENTERTAINMENT RESORTS, INC. et al. | : STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants. | : |

**STIPULATION OF DISMISSAL OF DEFENDANTS, LANDRY'S GAMING, INC., LANDRY'S A/C GAMING INC., GOLDEN NUGGET ATLANTIC CITY LLC, LANDRY'S INC., F/K/A LANDRY'S RESTAURANTS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above captioned case, Michael Jackson, and Defendants, Landry's Gaming, Inc., Landry's A/C Gaming Inc., Golden Nugget Atlantic City LLC, Landry's Inc., f/k/a Landry's Restaurants, Inc. through their respective undersigned counsel, that this case between these parties in hereby dismissed in its entirety, with prejudice.  Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| **CONSOLE MATTIACCI LAW LLC** | **FOX ROTHSCHILD LLP** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| /s/ Lane J. Schiff | /s/ Eileen Oakes Muskett, Esquire |
| Lane J. Schiff, Esquire | Eileen Oakes Muskett, Esquire |
| | |
| Dated:  April 5, 2017 | Dated:  April 5, 2017 |